No. D–1934. IN RE DISBARMENT OF SADLER. Gerald A. Sadler, of Houston, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1935. IN RE DISBARMENT OF AHAM-NEZE. L. Obioma Aham-Neze, of Houston, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1936. IN RE DISBARMENT OF GREER. Michael Ira Greer, of Poway, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1937. IN RE DISBARMENT OF FEY. Walter Benjamin Fey, of Reno, Nev., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1938. IN RE DISBARMENT OF ROTTER. Seth R. Rotter, of New York, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1939. IN RE DISBARMENT OF IRONS. Eugene J. Irons, of Mesa, Ariz., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1940. IN RE DISBARMENT OF LEWINSON. Barbara Kaplan Lewinson, of East Brunswick, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.